

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00149-CR

Jimmy Wayne **COOK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4105
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, it is **ORDERED** that the portion of the judgments of conviction for Count I and Count II of Trial Court No. 2016CR4105 in the 226th District Court which identify the Statute for the Offense is identified at "19.03(A)(3) PC" be **MODIFIED** to "15.03(a)." The judgment of the trial court is **AFFIRMED AS MODIFIED**.

SIGNED August 8, 2018.

_____
Irene Rios, Justice